NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
james.blum@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>$285,450.00 IN UNITED STATES CURRENCY,<br><br>                 Defendant. | 3:20-CV-<br><br>**The United States of America's Unopposed Motion to Toll the Time to File a Civil Complaint for Forfeiture in Rem of the Property**<br>**(First Request)** |

This is the First Motion to Toll the Time to File a Civil Complaint for Forfeiture in Rem of the Property (Motion). The United States of America requests that this Court toll the time for the United States to file a civil complaint for forfeiture in rem of $285,450.00 in United States Currency (the property) to and including February 22, 2021 (which is sixty days after the current approximate filing deadline). The property was seized on or around June 23 through 24, 2020 from a Federal Express parcel associated with putative Claimant Thomas Patton.

This Motion is made pursuant to 18 U.S.C. § 983(a)(3)(a) and Local Rule LR IA 6-1. The grounds for this Motion are: (1) the United States and putative Claimant are engaged in settlement negotiations; (2) the United States and putative Claimant are conducting additional investigation and gathering additional information to inform those settlement negotiations; (3) the United States and putative Claimant agree that a sixty-day extension of the filing deadline for this civil in rem forfeiture matter will provide a fair

opportunity to further the additional investigation, additional information gathering, and settlement negotiations; and (4) tolling the time with respect to all filings stands to save the United States, putative Claimant, and the Court substantial time and resources. Counsel for the United States and counsel for putative Claimant have discussed this matter, and the parties are in agreement that the Court's granting of this Motion would facilitate settlement negotiations and potential litigation efficiencies. The current deadline for filing a civil complaint for forfeiture in rem of the property is on or about December 23, 2020.

Dated this 18th day of December 2020.

NICHOLAS A. TRUTANICH
United States Attorney

_/s/ James A. Blum_
JAMES A. BLUM
Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATEMENT OF FACTS

On or about June 23 through 24, 2020, $285,450 in United States currency was seized from a Federal Express parcel associated with putative Claimant in Washoe County, Nevada.

The $285,450 was subject to administrative summary forfeiture proceedings; however, putative Claimant filed an administrative claim on or about September 24, 2020, for the property. The government and putative Claimant are engaged in settlement negotiations.

## II. ARGUMENT

This Court should grant this application for an extension of time to file a civil complaint for forfeiture in rem of the $285,450 because putative Claimant has agreed to such an extension. *See* 18 U.S.C. § 983(a)(3)(A); Local Rule LR IA 6-1.

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims . . . , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

18 U.S.C. § 983(a)(3)(A) (brackets and ellipsis added).

The filing of a civil complaint for forfeiture in rem, pursuant to 18 U.S.C. § 983, starts a civil forfeiture in rem action. A district court has the authority under 18 U.S.C. § 983(a)(3)(A) to extend the period of time to file a civil complaint for forfeiture in rem based on the agreement of the parties. Doing otherwise could interfere with the settlement-negotiation process and prompt unnecessary litigation.

On December 16, 2020, putative Claimant's counsel, Jacek Lentz, agreed to the extension of time and authorized counsel for the United States to file this unopposed Motion with this Court.  Because the parties have agreed that the United States should be allowed an extension of time to file its civil complaint for forfeiture in rem, the government asks this Court to grant its Motion pursuant to 18 U.S.C. § 983(a)(3)(A).

3

This Application is not submitted solely for the purpose of delay or for any other improper purpose.

## III. CONCLUSION

This Court should grant an extension of time to and including February 22, 2021 for the United States to file a civil complaint for forfeiture in rem of the $285,450 because the parties have agreed to the extension and the request for the extension is supported by good cause.

The United States has served putative Claimant, via his attorney, with this Motion simultaneously upon the filing of the Motion, and the United States will serve putative Claimant, via his attorney, with any Order issued by this Court on the Motion.

Dated this 18th day of December 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_/s/  James A. Blum_
JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: December 21, 2020

4

**CERTIFICATE OF SERVICE**

On December 18, 2020, a copy of the foregoing **United States of America's Unopposed Motion to Toll the Time to File a Civil Complaint for Forfeiture in Rem** was served upon counsel of record via following methods:

> _**USPS First Class Mail and Electronic Mail:**_
> Jacek W. Lentz, Esq.
> The Lentz Law Firm, P.C.
> 9171 Wilshire Boulevard
> Suite 500
> Beverly Hills, CA 90210
> (213) 250-9200
> jwl@lentzlawfirm.com
> _Attorneys for Claimant_

                                        _/s/  Maritess Recinto_____
                                        MARITESS RECINTO
                                        Paralegal Specialist
                                        US Attorney's Office

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James A. Blum, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101, 702-388-6336

## DEFENDANTS

$285,450.00 in United States Currency

County of Residence of First Listed Defendant   Washoe
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original Proceeding   ☐ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from Another District *(specify)*   ☐ 6  Multidistrict Litigation - Transfer   ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C 1345ff

Brief description of cause:
Drug Interdiction

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   12/18/2020

SIGNATURE OF ATTORNEY OF RECORD   /s/  James A. Blum

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____